**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

**ALEXANDER MEGENS-SEDOR,**

*Plaintiff,*

**v.**

**NICHOLAS PRIOLO, TODD BAXTER,**
**"RICHARD ROE" SHERIFF'S**
**DEPUTIES 1-10 and other unidentified**
**members of the Monroe County Sheriff's Office**

*Defendants.*

**NOTICE OF REMOVAL**

Case No. 6:24-cv-6303

(Monroe County Supreme Court
Index No. E2024007129)

**PLEASE TAKE NOTICE,** that Defendants Nicholas Priolo and Todd Baxter, ("Defendants"), remove this civil action to the United States District Court for the Western District of New York pursuant to 28 U.S.C. §1441 and §1446.

**Grounds for Removal**

1.     Plaintiff commenced this civil action on April 26, 2024 by filing the Summons and Complaint in the Supreme Court of the State of New York for the County of Monroe, Index No. E2024007129.

2.     The Complaint asserts certain claims under 42 U.S.C. §1983.

3.     The Defendants were served with the Complaint on April 30, 2024.

4.     The above-entitled action is one that may be removed to this Court by the defendants under 28 U.S.C. §1441.

**Filing and Service of the Notice of Removal**

5.      The Defendants are filing this Notice of Removal within 30 days after receipt of the Complaint, as required by 28 U.S.C. §1446(b).

6.      Notice of the filing of this Notice of Removal will be served upon Plaintiffs as required by 28 U.S.C. §1446(d) and Local Rule 81(a)(4).

7.      A true copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of the State of New York for the County of Monroe as required by 28 U.S.C. §1446(d).

**Copies of All Process, Pleadings and Orders Served Upon the Defendants**

8.      Copies of the filings are attached, comprising:

- The Summons and Complaint, filed with Supreme Court, Monroe County, on April 24, 2024.

Dated: May 14, 2024

**JOHN P. BRINGEWATT, MONROE COUNTY ATTORNEY**
*Attorney for Sheriff Defendants*

/s/ Robert J. Shoemaker

**Robert J. Shoemaker, of Counsel**
Deputy County Attorney
307 County Office Building
39 West Main Street
Rochester, New York 14614
(585) 753-1472
boshoemaker@monroecounty.gov

To:     Elliot Dolby Shields, Esq.
        Attorney for Plaintiff
        192 Lexington Avenue, Suite 802
        New York, New York 10024
        And *via* the NYSCEF e-file system